Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>VICENCIO PALMA-SALAZAR,<br>APOLINAR CRUZ-CRUZ,<br>ADAN NARVAEZ-URIBE,<br>ANTONIO RUIZ,<br><br>Defendants. | NO. CR13-49RSL<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court on the government's Stipulated Motion to Continue the Trial and Pretrial Motions Deadline (Dkt. # 158). Having considered the memorandum, the speedy trial waivers filed by defendants Vicencio Palma-Salazar (Dkt. # 162), Apolinar Cruz-Cruz (Dkt. # 160), Antonio Ruiz (Dkt. # 161), and Adan Narvaez-Uribe (Dkt. # 159), and the remainder of the record, the Court finds as follows:

1. In consideration of new counsel recently being appointed in the above-captioned case, the ends of justice will be served by ordering a continuance; a continuance is necessary to insure adequate time for defense investigation, effective trial preparation, and an opportunity for all defendants to benefit from these efforts; and these

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DEADLINE/CR13-49RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

factors outweigh the best interests of the public and the defendants in a more speedy trial, within the meaning of Section 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the motion to continue the trial date (Dkt. # 158) is GRANTED. The trial date shall be continued from February 18, 2014 to September 22, 2014. The period of delay attributable to the filing and granting of this motion shall be excluded for speedy trial purposes pursuant to 18 U.S. C. § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

Pretrial motions are to be filed no later than August 15, 2014.

DATED this 14th day of February, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Lisca Borichewski*
LISCA BORICHEWSKI
Assistant United States Attorney

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DEADLINE/CR13-49RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970